1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9             CENTRAL DISTRICT OF CALIFORNIA
10

JONATHAN D. ROSE, M.D., PH.D., an individual,

          Plaintiff,

    v.

MICHAEL ENRIQUEZ, an individual, JESUS ENRIQUEZ, an individual, MPD MANAGEMENT, INC., a Nevada corporation dba LHOP CONSULTING, KIM MIZUNO, an individual, and DOES 1-10, inclusive,

          Defendants.

Case No. CV11-07838 DDP (AJWx)

ORDER FOR DISMISSAL AFTER SETTLEMENT

Judge:   Honorable Dean D. Pregerson

CLOSED

22    The Court, having read and considered the Stipulated Request for Dismissal
23  After Settlement ("Stipulation") filed by Plaintiff Jonathan D. Rose, M.D., Ph.D. ("Dr.
24  Rose") and Defendants Michael Enriquez, Jesus Enriquez, Kim Mizuno, and MPD
25  Management, Inc. dba LHOP Consulting, and finding good cause for the granting
26  thereof, hereby **ORDERS** that:
27  ///
28  ///

1

1.     The Stipulation is granted in full;

2.     That this action is dismissed ***without prejudice*** as to Defendant Michael Enriquez, with this Court to retain jurisdiction to enforce the terms of the settlement reached between the parties, as needed, and pursuant to California Code of Civil Procedure § 664.6;

3.     That this action is dismissed ***without prejudice*** as to Defendant Jesus Enriquez;

4.     That this action is dismissed ***without prejudice*** as to Defendant MPD Management, Inc. doing business as LHOP Consulting;

5.     That this action is dismissed ***with prejudice*** as to Defendant Kim Mizuno.

**IT IS SO ORDERED**

Dated:  April 30, 2012

By:_____
        The Honorable Dean D. Pregerson
        U.S. District Judge

[PROPOSED] ORDER FOR DISMISSAL AFTER SETTLEMENT.DOCX

CASE NO. CV11-7838-DDP (AJWX)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28