STEVEN T. GUBNER - Bar No. 156593
LARRY W. GABRIEL - Bar No. 68329
NICHOLAS A. ROZANSKY - Bar No. 219855
JEFFREY A. KOBULNICK - Bar No. 228299
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile: (818) 827-9099
Email:     sgubner@ebg-law.com
           lgabriel@ebg-law.com
           nrozansky@ebg-law.com
           jkobulnick@ebg-law.com

Attorneys for Plaintiff
JONATHAN D. ROSE, M.D., PH.D.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN D. ROSE, M.D., PH.D., an individual, | Case No. CV11-7838-DDP (AJWx) |
| Plaintiff, | **SECOND DECLARATION OF NICHOLAS A. ROZANSKY IN SUPPORT OF *EX PARTE* APPLICATION FOR ENTRY OF STIPULATED JUDGMENT** |
| v. | |
| MICHAEL ENRIQUEZ, an individual, JESUS ENRIQUEZ, an individual, MPD MANAGEMENT, INC., a Nevada corporation dba LHOP CONSULTING, KIM MIZUNO, an individual, and DOES 1-10, inclusive, | Judge:   Honorable Dean D. Pregerson Ctrm.  3 |
| Defendants. | |

1

# DECLARATION OF NICHOLAS A. ROZANSKY

I, NICHOLAS A. ROZANSKY, declare as follows:

1.     I am a duly licensed attorney admitted to practice before all courts of the State of California and before this United States District Court.  I am a partner in the law firm of Ezra Brutzkus Gubner LLP, counsel of record of Jonathan D. Rose, M.D., Ph.D., plaintiff in the above-captioned action.  I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently to such facts under oath.  I submit this declaration in support of the Plaintiff's *Ex Parte* Application for Entry of Stipulated Judgment.

2.     On September 22, 2011, I caused to be filed the complaint in this matter, which sought actual damages for Jonathan D. Rose, M.D., Ph.D.'s ("Plaintiff") in the amount of $3,606,267.54, against Defendants generally, and Michael Enriquez ("Enriquez") in particular.  That amount was based upon hard documentary evidence, including bank wire statements, credit card statements, and checks, which showed money flowing out to the Defendants.

3.     Throughout the disclosure and discovery process in this case, it was clear that Defendants, and Enriquez in particular, had no defenses to the complaint, and in fact had engaged in the same illegal acts to deprive at least three other individuals of millions of dollars over the last several years.  In fact, there was an ongoing fraud arbitration between Enriquez and one such fraud victim, taking place in Los Angeles at the same time as this litigation.  By the time the parties engaged in mediation, Plaintiff's counsel estimated that after recovery of interest on the principal loss of $3,606,267.54, attorneys' fees, costs, and punitive damages at trial, the award against Enriquez would be in the range of $5,000,000-$10,000,000.

4.     On March 19, 2012, the parties to this case participated in a mediation with the Hon. Dickran Tevrizian (Ret.).  At that mediation, attended by the undersigned, Larry W. Gabriel, Esq., Gary Stern, Esq., on behalf of Plaintiff, and Alex Weingarten, on behalf of Defendants, I never met with Mr. Weingarten or Enriquez,

1    and participated merely to present case facts to Judge Tevrizian. The reason for this is
2    that I had been personally served with a lawsuit by Enriquez at my home on Saturday,
3    March 17, 2012, as had Plaintiff, thereby creating the appearance of a potential
4    conflict between me and the Plaintiff. The amount of Enriquez' claim in that case was
5    $3,000,000. The circumstances of the case at that point in time were briefed to the
6    Court at Docket No. 57.

7         5.    At the mediation, it was agreed that Enriquez would pay to Plaintiff the
8    amount of $650,000, but that Plaintiff was entitled to a judgment of fraud and deceit
9    against Enriquez should Enriquez fail to pay. (Rozansky Declaration in Support of *Ex*
10   *Parte* Application, Exhibit "1.") The compromised amount of $650,000 was agreed to
11   in large part to permit Plaintiff to move on from this sad chapter of his life without a
12   protracted trial.

13        6.    Following the mediation, I created the first draft of the Stipulation for
14   Entry of Judgment (the "Stipulation") and emailed it to Mr. Weingarten. Shortly
15   thereafter, on April 2, 2012, Mr. Weingarten e-mailed me his changes to the
16   Stipulation. A true and correct copy of Mr. Weingarten's April 2, 2012 e-mail with
17   his edits to the Stipulation is attached hereto as Exhibit "1."

18        7.    After accepting the majority of Mr. Weingarten's changes to the
19   Stipulation, and sending it back to him by e-mail for review, Mr. Weingarten e-mailed
20   me again on April 3, 2012, with further changes to the Stipulation. A true and correct
21   copy of Mr. Weingarten's April 3, 2012 e-mail with his changes to the Stipulation is
22   attached hereto as Exhibit "2."

23        8.    At no time in this case, or in any case, have I ever made a threat of
24   criminal prosecution. I made no such threats to Enriquez directly, or to his counsel
25   Weingarten, who testifies that I did so at mediation notwithstanding the fact that I
26   never even spoke to him there. I never conveyed a threat to Enriquez through Judge
27   Tevrizian. Moreover, I have never spoken to Enriquez.

28

654533

1    9.    With regard to the accusation that Enriquez violated the Mann Act,
2    among other crimes, that was made in deposition by Enriquez's former private
3    investigator, Robert Clymer, who is a retired FBI Special Agent.

4    I declare under penalty of perjury under the laws of the United States of
5    America that the foregoing is true and correct.

6    Executed this 13th day of September 2012, at Woodland Hills, California.

7
8                                                    _____
9                                                    NICHOLAS A. ROZANSKY
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

# Exhibit 1

## Rhonda Soll

| | |
|---|---|
| **From:** | Alex Weingarten <aw@wbllp.com> |
| **Sent:** | Monday, April 02, 2012 11:28 AM |
| **To:** | Nicholas A. Rozansky |
| **Cc:** | Larry Gabriel; Eric Carlson; 'gms@ffslaw.com' |
| **Subject:** | RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement |
| **Attachments:** | Stip re Entry of Judgment (AW Edits).docx |

My edits.

**From:** Nicholas A. Rozansky [mailto:nrozansky@ebg-law.com]
**Sent:** Monday, March 26, 2012 2:13 PM
**To:** Alex Weingarten
**Cc:** Larry Gabriel; Eric Carlson; 'gms@ffslaw.com'
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

The streamlined stipulation is attached.  Please send back your comments.

Nick

*Nicholas A. Rozansky, Esq.*

**Ezra Brutzkus Gubner LLP**
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
nrozansky@ebg-law.com
www.ebg-law.com
818-827-9144 Direct
818-827-9000 Phone
818-827-9099 Fax

The preceding e-mail message is subject to Ezra Brutzkus Gubner LLP's e-mail policies which can be found at http://www.ebg-law.com/disclaimer.htm

**From:** Alex Weingarten [mailto:aw@wbllp.com]
**Sent:** Friday, March 23, 2012 5:30 PM
**To:** Nicholas A. Rozansky
**Cc:** Larry Gabriel; Eric Carlson; 'gms@ffslaw.com'
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

This document is fine but yes, the stip should be much shorter so I will hold off my comments on that for now.

**From:** Nicholas A. Rozansky [mailto:nrozansky@ebg-law.com]
**Sent:** Friday, March 23, 2012 5:26 PM
**To:** Alex Weingarten

**Cc:** Larry Gabriel; Eric Carlson; 'gms@ffslaw.com'
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

Alex,

Attached is the proposed judgment. Before you redline the stip, let me streamline it a bit as it is so duplicative of the settlement, which isn't necessary.

Nick


*Nicholas A. Rozansky, Esq.*

EB+G

**Ezra Brutzkus Gubner LLP**
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
nrozansky@ebg-law.com
www.ebg-law.com
818-827-9144 Direct
818-827-9000 Phone
818-827-9099 Fax


The preceding e-mail message is subject to Ezra Brutzkus Gubner LLP's e-mail policies which can be found at http://www.ebg-law.com/disclaimer.htm

**From:** Nicholas A. Rozansky
**Sent:** Friday, March 23, 2012 3:59 PM
**To:** 'Alex Weingarten'
**Cc:** Larry Gabriel; Eric Carlson; gms@ffslaw.com
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

Attached is the draft stipulated for entry of judgment. Proposed Judgment to follow.

**From:** Alex Weingarten [mailto:aw@wbllp.com]
**Sent:** Friday, March 23, 2012 2:51 PM
**To:** Nicholas A. Rozansky
**Cc:** Larry Gabriel; Eric Carlson; gms@ffslaw.com
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

Few additional minor edits, these are in blue. Let me know once you have the draft stipulated judgment and we can get this wrapped up.

Thanks.

**From:** Nicholas A. Rozansky [mailto:nrozansky@ebg-law.com]
**Sent:** Friday, March 23, 2012 8:35 AM
**To:** Alex Weingarten
**Cc:** Larry Gabriel; Eric Carlson; gms@ffslaw.com
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

Alex, the problem with the change to section 7.3 is that a depo can be on 10 days' notice, and subpoena to appear at trial on even less notice. We need to hold that at 10 days. Otherwise the changes are fine. See the attached.

I'll send the proposed stipulated judgment shortly.


*Nicholas A. Rozansky, Esq.*

**Ezra Brutzkus Gubner LLP**
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
nrozansky@ebg-law.com
www.ebg-law.com
818-827-9144 Direct
818-827-9000 Phone
818-827-9099 Fax


The preceding e-mail message is subject to Ezra Brutzkus Gubner LLP's e-mail policies which can be found at http://www.ebg-law.com/disclaimer.htm

**From:** Alex Weingarten [mailto:aw@wbllp.com]
**Sent:** Thursday, March 22, 2012 6:00 PM
**To:** Nicholas A. Rozansky
**Cc:** Larry Gabriel; Eric Carlson; gms@ffslaw.com
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

My edits. I have not reviewed with my clients yet so we reserve the right to make additional changes. Let me know if these are fine with you and I will discuss with my clients. Also, we need to see the proposed stipulated judgment. An important point though, the stipulated judgment is just with Mike, not Jesus. The deal is that you do not need to dismiss Jesus with prejudice from the case until the payments are made but only Mike is executing the stipulated judgment.

**From:** Nicholas A. Rozansky [mailto:nrozansky@ebg-law.com]
**Sent:** Thursday, March 22, 2012 5:35 PM
**To:** Alex Weingarten
**Cc:** Larry Gabriel; Eric Carlson; gms@ffslaw.com
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

Alex,

Attached is the settlement agreement. If you have changes, send them back to me in a redline. If not, please have it executed.

Thank you,

Nick


*Nicholas A. Rozansky, Esq.*



**Ezra Brutzkus Gubner LLP**
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
nrozansky@ebg-law.com
www.ebg-law.com
818-827-9144 Direct
818-827-9000 Phone
818-827-9099 Fax

The preceding e-mail message is subject to Ezra Brutzkus Gubner LLP's e-mail policies which can be found at http://www.ebg-law.com/disclaimer.htm

**From:** Alex Weingarten [mailto:aw@wbllp.com]
**Sent:** Thursday, March 22, 2012 3:19 PM
**To:** Nicholas A. Rozansky
**Cc:** Larry Gabriel; Eric Carlson
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

Sorry, got sidetracked with a filing in another matter.  See attached.

**From:** Nicholas A. Rozansky [mailto:nrozansky@ebg-law.com]
**Sent:** Thursday, March 22, 2012 3:12 PM
**To:** Alex Weingarten
**Cc:** Larry Gabriel; Eric Carlson
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

Alex,

Is your assistant sending the fully executed stipulation for settlement?

Nick


*Nicholas A. Rozansky, Esq.*



**Ezra Brutzkus Gubner LLP**
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
nrozansky@ebg-law.com
www.ebg-law.com
818-827-9144 Direct
818-827-9000 Phone
818-827-9099 Fax

The preceding e-mail message is subject to Ezra Brutzkus Gubner LLP's e-mail policies which can be found at http://www.ebg-law.com/disclaimer.htm

**From:** Nicholas A. Rozansky
**Sent:** Thursday, March 22, 2012 11:13 AM
**To:** 'Alex Weingarten'
**Cc:** Larry Gabriel; ec@wbllp.com
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

Please send the agreement. Then I'll file as is.

**From:** Alex Weingarten [mailto:aw@wbllp.com]
**Sent:** Thursday, March 22, 2012 11:07 AM
**To:** Nicholas A. Rozansky; Eric Carlson
**Cc:** Larry Gabriel
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

Few more changes. I have everyone's signature on the short form, I will have my assistant email it to you.

**From:** Nicholas A. Rozansky [mailto:nrozansky@ebg-law.com]
**Sent:** Thursday, March 22, 2012 10:55 AM
**To:** Alex Weingarten; Eric Carlson
**Cc:** Larry Gabriel
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

Here you go.

*Nicholas A. Rozansky, Esq.*

**Ezra Brutzkus Gubner LLP**
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
nrozansky@ebg-law.com
www.ebg-law.com
818-827-9144 Direct
818-827-9000 Phone
818-827-9099 Fax

The preceding e-mail message is subject to Ezra Brutzkus Gubner LLP's e-mail policies which can be found at http://www.ebg-law.com/disclaimer.htm

**From:** Alex Weingarten [mailto:aw@wbllp.com]
**Sent:** Thursday, March 22, 2012 10:51 AM
**To:** Nicholas A. Rozansky; Eric Carlson
**Cc:** Larry Gabriel
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

OK, please let me see final before it gets filed. Thanks.

**From:** Nicholas A. Rozansky [mailto:nrozansky@ebg-law.com]
**Sent:** Thursday, March 22, 2012 10:51 AM
**To:** Alex Weingarten; Eric Carlson

**Cc:** Larry Gabriel
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

I'll just add a sentence that the remaining parties will request that the Court retain jx under 664.6. Otherwise, I'll leave your changes in.


*Nicholas A. Rozansky, Esq.*

**Ezra Brutzkus Gubner LLP**
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
nrozansky@ebg-law.com
www.ebg-law.com
818-827-9144 Direct
818-827-9000 Phone
818-827-9099 Fax


The preceding e-mail message is subject to Ezra Brutzkus Gubner LLP's e-mail policies which can be found at http://www.ebg-law.com/disclaimer.htm

**From:** Alex Weingarten [mailto:aw@wbllp.com]
**Sent:** Thursday, March 22, 2012 10:39 AM
**To:** Nicholas A. Rozansky; Eric Carlson
**Cc:** Larry Gabriel
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

Thanks. I think it should be much more streamlined. Plus, it is not entirely accurate. The entire case is being dismissed now – Mizuno with prejudice and the other defendants without with the Court retaining jurisdiction pursuant to CCP 664.6 to enforce the agreement. My edits attached.

**From:** Nicholas A. Rozansky [mailto:nrozansky@ebg-law.com]
**Sent:** Thursday, March 22, 2012 10:22 AM
**To:** Alex Weingarten; Eric Carlson
**Cc:** Larry Gabriel
**Subject:** 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

Alex,

Attached is the Notice of Settlement, to be filed today. Please let me know if you have any changes.

*Nicholas A. Rozansky, Esq.*

**Ezra Brutzkus Gubner LLP**
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
nrozansky@ebg-law.com
www.ebg-law.com

818.827.9144 Direct
818-827-9000 Phone
818.827.9099 Fax


Disclaimers

Not intended as a substitute for a writing. Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance or effect, absent an express statement to the contrary hereinabove, this email message, its contents, and any attachments hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, Ezra Brutzkus Gubner LLP, any of its clients, or any other person or entity.

?This e-mail message and any attachments are confidential and may be attorney-client privileged. If you are not the intended recipient, please notify Ezra Brutzkus Gubner LLP immediately by telephone at (818) 827-9000 or by e-mail to ebgtechsupport@ebg-law.com and destroy all copies of this message and any attachments.

IRS Circular 230 Disclosure: In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.


*Nicholas A. Rozansky, Esq.*

EB+G

**Ezra Brutzkus Gubner LLP**
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
nrozansky@ebg-law.com
www.ebg-law.com
818-827-9144 Direct
818-827-9000 Phone
818-827-9099 Fax


The preceding e-mail message is subject to Ezra Brutzkus Gubner LLP's e-mail policies which can be found at http://www.ebg-law.com/disclaimer.htm

1  STEVEN T. GUBNER - Bar No. 156593
   LARRY W. GABRIEL - Bar No. 68329
2  NICHOLAS A. ROZANSKY - Bar No. 219855
   EZRA BRUTZKUS GUBNER LLP
3  21650 Oxnard Street, Suite 500
   Woodland Hills, CA 91367
4  Telephone:  (818) 827-9000
   Facsimile: (818) 827-9099
5  Email:    sgubner@ebg-law.com
              lgabriel@ebg-law.com
6              nrozansky@ebg-law.com

7

8  Attorneys for Plaintiff
   JONATHAN D. ROSE, M.D., PH.D., an individual,
9

                     UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11

12
   JONATHAN D. ROSE, M.D., PH.D.,          Case No. CV11-7838-DDP (AJWx)
13 an individual,
                                           **STIPULATION FOR ENTRY OF**
14              Plaintiff,                  **JUDGMENT**

15      v.
                                           Judge:   Honorable Dean D. Pregerson
16 MICHAEL ENRIQUEZ, an individual,

17              Defendant.

18

19

20

21

22

23

24        This Stipulation re: Entry of Judgment ("Stipulation") is entered into by and

25 between Defendant Michael Enriquez (hereinafter referred to as "Defendant"), with

26 approval as to form through his counsel of record, Alex M. Weingarten, Esq. of

27 Weingarten Brown, LLP, and Plaintiff, Jonathan D. Rose, M.D., Ph.D. (hereinafter

28 referred to as "Plaintiff"), with approval as to form through its counsel of record,

                                          1

1    Nicholas A. Rozansky, Esq., of Ezra Brutzkus Gubner, LLP.

2           Plaintiff has heretofore filed its Complaint for Fraud and Conversion, and also

3    for Conspiracy to Commit Fraud, Violations of the Racketeer Influenced Corrupt

4    Organizations Act (RICO) 18 U.S.C. §§ 1961-1968, Aiding and Abetting Fraud,

5    Breach of Fiduciary Duty, and Money Had and Received, against Defendant and

6    others in the above-entitled action.

7           In order to fully and finally settle and resolve this action without further

8    litigation, Plaintiff and Defendant have entered into this Stipulation.

9           NOW, THEREFORE, the parties hereto mutually agree and stipulate as

10   follows:

11          1.      IT IS HEREBY STIPULATED AND AGREED that Defendant shall not

12   contest Entry of Judgment (in the form attached hereto as Exhibit "1") against him in

13   the sum of $3,500,000.00 ~~for principal, plus the amounts described in Section 7~~

14   ~~below,~~ representing the compromised amounts due and owing from Defendant to

15   Plaintiff.

16          2.      IT IS FURTHER STIPULATED AND AGREED that the Entry of

17   Judgment discussed herein and attached hereto as Exhibit "1" can be entered only

18   following a default under the Confidential Settlement Agreement and Mutual Release,

19   entered into as of March 19. 2012, among Plaintiff, Defendant, Jesus Enriquez, MPD

20   Management, Inc., a Nevada corporation d/b/a LHOP Consulting, and Kim Mizuno

21   ("Settlement Agreement") that is not cured by an expressly permissible cure under the

22   Settlement Agreement ("Default"). For the avoidance of doubt, Plaintiff is not

23   entitled to enter Judgment against Defendant unless there has been a Default of the

24   Settlement Agreement and not under any other circumstances.

25          ~~3.      Defendant further warrants and represents to Plaintiff that Defendant has~~

26   ~~no intent or plan or reason to terminate his, or transfer, sell or assign all or~~

27   ~~substantially all of his assets or file for protection under the Bankruptcy Laws of the~~

28   ~~United States of America except in the ordinary course, and in any event, Defendant~~

2

1   does not intend to delay, defraud or hinder Plaintiff or his other creditors.

2   ///

3   ///

4        4.    IT IS FURTHER STIPULATED AND AGREED that Plaintiff may, in

5   his sole discretion, accept payments under the Settlement Agreement even when

6   Defendant would otherwise be in Default thereunder, without waiving Plaintiff's

7   rights to declare and enforce a Default thereunder, and without granting an estoppel or

8   waiver defense for Defendant.

9        5.    ALL PAYMENTS PURSUANT TO PARAGRAPH 1 ABOVE, SHALL

10  BE MADE PAYABLE TO THE EZRA BRUTZKUS GUBNER CLIENT TRUST

11  ACCOUNT BY DELIVERING A CASHIER'S CHECK OR WIRE AT THE

12  FOLLOWING ADDRESS:

13                    Ezra Brutzkus Gubner, LLP
                     Attn: Nicholas A. Rozansky
14                   21650 Oxnard Street, Suite 500
                    Woodland Hills, California 91367
15
                         Or by wire:
16
            Remit funds to Bank:    Grandpoint Bank
17                                  16861 Ventura Blvd.
                                    Encino, CA 91436
18                                  (818) 501-2265

19  ABA Routing Number:    3222 85833

20          Account Name:    Ezra Brutzkus Gubner LLP
                            21650 Oxnard St., Ste. 500
21                          Woodland Hills, CA 91367
                            (818) 827-9000
22
            Account Number:    4121349
23

24       6.    IT IS FURTHER STIPULATED AND AGREED that upon a Default,

25  under the Settlement Agreement, Plaintiff may in his sole discretion then apply *ex*

26  *parte* for entry of the Judgment Pursuant to Stipulation (Exhibit "1" hereto) forthwith

27  and *ex parte* for issuance of a Writ of Execution for the full amount specified in the

28  Judgment based upon Plaintiff or Plaintiff's attorney's Declaration that there has been

3

1 | a Default. *Ex parte* notice needs be given to Defendant's counsel pursuant to such
2 | notice as may then be required.

3 | ~~///~~

4 | ~~7.    IT IS FURTHER STIPULATED AND AGREED upon a Default under~~
5 | ~~the Settlement Agreement, Plaintiff shall be entitled to recover all actual attorney's~~
6 | ~~fees and costs at the then prevailing rates for said attorneys incurred for the~~
7 | ~~preparation of any required declaration, motion, or other documents of any type and/or~~
8 | ~~for any appearance relating to an application for Entry of Judgment, Writ of~~
9 | ~~Execution, ORAP or any other lawful action (with or without further recourse to the~~
10 | ~~Courts), without limitation, undertaken to effect collection of the within Judgment.~~
11 | ~~Said attorney's fees may be applied for *Ex Parte* with notice as set forth above.~~

12 | ~~8.    IT IS FURTHER STIPULATED AND AGREED that any Magistrate of~~
13 | ~~the Court may hear any proceedings arising out of this Stipulation at Plaintiff's option.~~

14 | 9.    IT IS FURTHER STIPULATED AND AGREED  that this Stipulation
15 | may not be modified or amended except by written instrument, signed by Plaintiff and
16 | Defendant and their attorneys, expressing such amendment or modification.
17 | Defendant warrants, promises and represents that in executing this Stipulation, he is
18 | not relying upon any oral or other written representation, promise or statement given
19 | by Plaintiff, his employees, officers, agents or attorneys and that he has the lawful
20 | authority to enter into said Stipulation.

21 | 10.    IT IS FURTHER STIPULATED AND AGREED that Defendant, at all
22 | times material hereto, has had the opportunity to consult with legal counsel of his own
23 | choosing concerning the rights affected by this Stipulation, the form and content of
24 | this Stipulation, and the advisability of executing it.

25 | 11.    IT IS FURTHER STIPULATED AND AGREED that in the event that
26 | any provision of this Stipulation or portion thereof is held by a Court of competent
27 | jurisdiction to be unenforceable and/or invalid, the validity and enforceability of the
28 | enforceable portion of any such provision and of the remaining provisions shall not be

4

564110

1  adversely affected.

2  ///

3  ///

4      12.   IT IS FURTHER STIPULATED AND AGREED that Defendant

5  warrants and represents that the execution of this Stipulation represents a benefit to

6  him and that he is aware that PLAINTIFF is expressly relying upon the warranties,

7  representations, promises and statements made herein or in accordance with the terms

8  hereof.

9      13.   IT IS FURTHER STIPULATED AND AGREED that in the event

10  Defendant fully and timely performs all of the terms and conditions of the Settlement

11  Agreement, and there has been no Default thereunder, Plaintiff's counsel shall deliver

12  to Defendant's counsel following ten (10) days after completion of all payments

13  thereunder, a Stipulation for Dismissal, With Prejudice of the entire within action as to

14  Defendant and Jesus Enriquez, duly executed by Plaintiff's counsel to be filed with

15  the Court.

16      14.   IT IS FURTHER STIPULATED AND AGREED that Defendant hereby

17  knowingly, intelligently and voluntarily waives all rights in this matter to a trial, a trial

18  by jury, an appeal, a motion to vacate judgment, a motion for a new trial, a collateral

19  attack on the Judgment or any other rights and remedies that he may have now or at

20  any time hereafter to attack the Judgment entered in this matter, and said Judgment

21  shall, upon its entry, be final for all purposes. ~~Defendant knowingly, intelligently and~~

22  ~~voluntarily waives all his rights under Rooney v. Vermont Investment Corp., (1973)~~

23  ~~10 Cal. 3d 351, 110 Cal. Rptr. 353, 515 P2d 297, and any statute, rule or regulation~~

24  ~~affecting his rights hereunder.~~

25      15.   IT IS FURTHER STIPULATED AND AGREED that the Plaintiff and

26  Defendant, and each of them, have been advised by counsel as to the facts and law

27  with respect to entering into this Stipulation and knowingly and voluntarily enter into

28  the terms of this Stipulation. Plaintiff and Defendant, and each of them, further

564110

1  knowingly and voluntarily waive the effect of *Green Tree Financial Group, Inc. v.*
2  *Execute Sports, Inc.* (2008) 163 Cal.App.4th 495 and agree that the facts of this case
3  are different than in the holding of Green Tree and the case is distinguishable. The
4  Parties agree that there is no unenforceable penalty because the Judgment is for
5  $3,500,000.

6      16.   IT IS FURTHER STIPULATED AND AGREED that this Stipulation
7  has been prepared and its negotiation has been carried on by the joint effort of the
8  parties. This Stipulation and the language contained herein is to be construed simply
9  and fairly and not strictly for or against any one or more of the parties. Each of the
10 individuals who are parties acknowledges and represents that he has read this
11 Stipulation and understands all of its terms. Each other party acknowledges and
12 represents that this Stipulation has been read and is understood by a person authorized
13 to approve its terms and conditions on behalf of such party.

14     17.   IT IS FURTHER STIPULATED AND AGREED that this Stipulation
15 shall in all respects be interpreted and enforced and governed by the laws of the
16 United States and State of California applicable to instruments, persons, transactions,
17 entities, and subject matters.

18     18.   IT IS FURTHER STIPULATED AND AGREED that venue in any cause
19 of action accruing hereunder shall be in the Central District of California of the United
20 States District Court, or, if applicable, the Central Division of the Superior Court,
21 County of Los Angeles, State of California or the Central District of California of the
22 United States Bankruptcy Court. This venue clause is mandatory, not permissive.

23     19.   IT IS FURTHER STIPULATED AND AGREED that this Stipulation
24 may be executed in counterparts. When the parties and counsel for each party have
25 signed and delivered at least one counterpart, each counterpart shall be deemed an
26 original and, when taken together with the other counterparts, shall constitute one
27 agreement which shall be binding and shall inure to the benefit of all parties.
28 Photographic, email, facsimile copies of such signed counterparts may be used in lieu

6

1 │ of the originals for any reason.

2 │ ///

3 │ ///

4 │      20.    IT IS FURTHER STIPULATED AND AGREED that Defendant hereby

5 │ knowingly, intelligently and voluntarily waives the provisions of Code of Civil

6 │ Procedure § 583.310 et seq., and FRCP 41(b) pertaining to the mandatory time for

7 │ bringing an action to trial, the time limit for seeking a new trial, the computation of

8 │ time and the mandatory dismissal of an action for failure to bring an action to trial

9 │ within the time prescribed in the aforesaid provisions.

10 │

11 │ DATED: ~~March~~ April ___, 2012

12 │

13 │ _____

14 │ MICHAEL ENRIQUEZ, Individually

15 │

16 │ DATED: ~~March~~ April ___, 2012

17 │

18 │ _____

19 │ JONATHAN D. ROSE, M.D., PH.D.

20 │

21 │ APPROVED AS TO FORM ONLY:

22 │

23 │ DATED: ~~March~~ April ___, 2012

24 │ Weingarten ~~&~~ Brown LLP

25 │ By: _____

26 │     Alex M. Weingarten

27 │     Attorney for Defendants

28 │ DATED: ~~March~~ April ___, 2012

564110

1  Ezra Brutzkus Gubner, LLP

2  By: _____

3        Nicholas A. Rozansky

4        Attorney for Plaintiff

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

564110

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 2

## Rhonda Soll

| | |
|---|---|
| **From:** | Alex Weingarten <aw@wbllp.com> |
| **Sent:** | Tuesday, April 03, 2012 6:20 PM |
| **To:** | Nicholas A. Rozansky |
| **Cc:** | Larry Gabriel; Eric Carlson; 'gms@ffslaw.com' |
| **Subject:** | RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement |
| **Attachments:** | Stipulation re Entry of Judgment.docx |

Few more edits. I accepted most of your edits but put some of what I had wanted back in. Payment instructions should not be in here, for example. That is in the settlement agreement, not in this stip. Also, your reference to *Rooney* is misplaced because it adds nothing here (but I left it in if you feel strongly about it). The language at the end of Paragraph 2 stays, there is no reason why you should object to it.

Please confirm this is final and then circulate a proposed form of judgment.

**From:** Nicholas A. Rozansky [mailto:nrozansky@ebg-law.com]
**Sent:** Tuesday, April 03, 2012 4:05 PM
**To:** Alex Weingarten
**Cc:** Larry Gabriel; Eric Carlson; 'gms@ffslaw.com'
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

Alex,

The first attachment is the one with your edits. The second one has ours, accepting most of yours.

Nick



Ezra Brutzkus Gubner LLP
YOUR COUNSEL MATTERS™

Nicholas A. Rozansky, Esq.

Ezra Brutzkus Gubner LLP
*A Limited Liability Partnership*

21650 Oxnard St., Suite 500
Woodland Hills, CA 91367-4911

818-827-9000 Main
818-827-9144 Direct
818-827-9099 Fax
nrozansky@ebg-law.com
www.ebg-law.com

The preceding e-mail message is subject to Ezra Brutzkus Gubner LLP's e-mail policies, which can be found at: http://www.ebg-law.com/disclaimer.htm

**From:** Alex Weingarten [mailto:aw@wbllp.com]
**Sent:** Monday, April 02, 2012 11:28 AM
**To:** Nicholas A. Rozansky
**Cc:** Larry Gabriel; Eric Carlson; 'gms@ffslaw.com'
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

My edits.

**From:** Nicholas A. Rozansky [mailto:nrozansky@ebg-law.com]
**Sent:** Monday, March 26, 2012 2:13 PM
**To:** Alex Weingarten
**Cc:** Larry Gabriel; Eric Carlson; 'gms@ffslaw.com'
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

The streamlined stipulation is attached.  Please send back your comments.

Nick


*Nicholas A. Rozansky, Esq.*



**Ezra Brutzkus Gubner LLP**
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
nrozansky@ebg-law.com
www.ebg-law.com
818-827-9144 Direct
818-827-9000 Phone
818-827-9099 Fax


The preceding e-mail message is subject to Ezra Brutzkus Gubner LLP's e-mail policies which can be found at http://www.ebg-law.com/disclaimer.htm

**From:** Alex Weingarten [mailto:aw@wbllp.com]
**Sent:** Friday, March 23, 2012 5:30 PM
**To:** Nicholas A. Rozansky
**Cc:** Larry Gabriel; Eric Carlson; 'gms@ffslaw.com'
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

This document is fine but yes, the stip should be much shorter so I will hold off my comments on that for now.

**From:** Nicholas A. Rozansky [mailto:nrozansky@ebg-law.com]
**Sent:** Friday, March 23, 2012 5:26 PM
**To:** Alex Weingarten
**Cc:** Larry Gabriel; Eric Carlson; 'gms@ffslaw.com'
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

Alex,

Attached is the proposed judgment. Before you redline the stip, let me streamline it a bit as it is so duplicative of the settlement, which isn't necessary.

Nick


*Nicholas A. Rozansky, Esq.*



**Ezra Brutzkus Gubner LLP**
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
nrozansky@ebg-law.com
www.ebg-law.com
818-827-9144 Direct
818-827-9000 Phone
818-827-9099 Fax


The preceding e-mail message is subject to Ezra Brutzkus Gubner LLP's e-mail policies which can be found at http://www.ebg-law.com/disclaimer.htm

**From:** Nicholas A. Rozansky
**Sent:** Friday, March 23, 2012 3:59 PM
**To:** 'Alex Weingarten'
**Cc:** Larry Gabriel; Eric Carlson; gms@ffslaw.com
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

Attached is the draft stipulated for entry of judgment. Proposed Judgment to follow.

**From:** Alex Weingarten [mailto:aw@wbllp.com]
**Sent:** Friday, March 23, 2012 2:51 PM
**To:** Nicholas A. Rozansky
**Cc:** Larry Gabriel; Eric Carlson; gms@ffslaw.com
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

Few additional minor edits, these are in blue. Let me know once you have the draft stipulated judgment and we can get this wrapped up.

Thanks.

**From:** Nicholas A. Rozansky [mailto:nrozansky@ebg-law.com]
**Sent:** Friday, March 23, 2012 8:35 AM
**To:** Alex Weingarten
**Cc:** Larry Gabriel; Eric Carlson; gms@ffslaw.com
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

Alex, the problem with the change to section 7.3 is that a depo can be on 10 days' notice, and subpoena to appear at trial on even less notice. We need to hold that at 10 days. Otherwise the changes are fine. See the attached.

I'll send the proposed stipulated judgment shortly.

*Nicholas A. Rozansky, Esq.*

**Ezra Brutzkus Gubner LLP**
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
nrozansky@ebg-law.com
www.ebg-law.com
818-827-9144 Direct
818-827-9000 Phone
818-827-9099 Fax

The preceding e-mail message is subject to Ezra Brutzkus Gubner LLP's e-mail policies which can be found at http://www.ebg-law.com/disclaimer.htm

**From:** Alex Weingarten [mailto:aw@wbllp.com]
**Sent:** Thursday, March 22, 2012 6:00 PM
**To:** Nicholas A. Rozansky
**Cc:** Larry Gabriel; Eric Carlson; gms@ffslaw.com
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

My edits. I have not reviewed with my clients yet so we reserve the right to make additional changes. Let me know if these are fine with you and I will discuss with my clients. Also, we need to see the proposed stipulated judgment. An important point though, the stipulated judgment is just with Mike, not Jesus. The deal is that you do not need to dismiss Jesus with prejudice from the case until the payments are made but only Mike is executing the stipulated judgment.

**From:** Nicholas A. Rozansky [mailto:nrozansky@ebg-law.com]
**Sent:** Thursday, March 22, 2012 5:35 PM
**To:** Alex Weingarten
**Cc:** Larry Gabriel; Eric Carlson; gms@ffslaw.com
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

Alex,

Attached is the settlement agreement. If you have changes, send them back to me in a redline. If not, please have it executed.

Thank you,

Nick


*Nicholas A. Rozansky, Esq.*



**Ezra Brutzkus Gubner LLP**
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
nrozansky@ebg-law.com
www.ebg-law.com
818-827-9144 Direct
818-827-9000 Phone
818-827-9099 Fax


The preceding e-mail message is subject to Ezra Brutzkus Gubner LLP's e-mail policies which can be found at http://www.ebg-law.com/disclaimer.htm

**From:** Alex Weingarten [mailto:aw@wbllp.com]
**Sent:** Thursday, March 22, 2012 3:19 PM
**To:** Nicholas A. Rozansky
**Cc:** Larry Gabriel; Eric Carlson
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

Sorry, got sidetracked with a filing in another matter.  See attached.

**From:** Nicholas A. Rozansky [mailto:nrozansky@ebg-law.com]
**Sent:** Thursday, March 22, 2012 3:12 PM
**To:** Alex Weingarten
**Cc:** Larry Gabriel; Eric Carlson
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

Alex,

Is your assistant sending the fully executed stipulation for settlement?

Nick


*Nicholas A. Rozansky, Esq.*



**Ezra Brutzkus Gubner LLP**
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
nrozansky@ebg-law.com
www.ebg-law.com
818-827-9144 Direct
818-827-9000 Phone
818-827-9099 Fax

The preceding e-mail message is subject to Ezra Brutzkus Gubner LLP's e-mail policies which can be found at http://www.ebg-law.com/disclaimer.htm

**From:** Nicholas A. Rozansky
**Sent:** Thursday, March 22, 2012 11:13 AM
**To:** 'Alex Weingarten'
**Cc:** Larry Gabriel; ec@wbllp.com
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

Please send the agreement. Then I'll file as is.

**From:** Alex Weingarten [mailto:aw@wbllp.com]
**Sent:** Thursday, March 22, 2012 11:07 AM
**To:** Nicholas A. Rozansky; Eric Carlson
**Cc:** Larry Gabriel
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

Few more changes.  I have everyone's signature on the short form, I will have my assistant email it to you.

**From:** Nicholas A. Rozansky [mailto:nrozansky@ebg-law.com]
**Sent:** Thursday, March 22, 2012 10:55 AM
**To:** Alex Weingarten; Eric Carlson
**Cc:** Larry Gabriel
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

Here you go.

*Nicholas A. Rozansky, Esq.*

**Ezra Brutzkus Gubner LLP**
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
nrozansky@ebg-law.com
www.ebg-law.com
818-827-9144 Direct
818-827-9000 Phone
818-827-9099 Fax

The preceding e-mail message is subject to Ezra Brutzkus Gubner LLP's e-mail policies which can be found at http://www.ebg-law.com/disclaimer.htm

**From:** Alex Weingarten [mailto:aw@wbllp.com]
**Sent:** Thursday, March 22, 2012 10:51 AM
**To:** Nicholas A. Rozansky; Eric Carlson
**Cc:** Larry Gabriel
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

OK, please let me see final before it gets filed.  Thanks.

**From:** Nicholas A. Rozansky [mailto:nrozansky@ebg-law.com]
**Sent:** Thursday, March 22, 2012 10:51 AM
**To:** Alex Weingarten; Eric Carlson
**Cc:** Larry Gabriel
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

I'll just add a sentence that the remaining parties will request that the Court retain jx under 664.6. Otherwise, I'll leave your changes in.


*Nicholas A. Rozansky, Esq.*



**Ezra Brutzkus Gubner LLP**
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
nrozansky@ebg-law.com
www.ebg-law.com
818-827-9144 Direct
818-827-9000 Phone
818-827-9099 Fax


The preceding e-mail message is subject to Ezra Brutzkus Gubner LLP's e-mail policies which can be found at http://www.ebg-law.com/disclaimer.htm

**From:** Alex Weingarten [mailto:aw@wbllp.com]
**Sent:** Thursday, March 22, 2012 10:39 AM
**To:** Nicholas A. Rozansky; Eric Carlson
**Cc:** Larry Gabriel
**Subject:** RE: 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

Thanks. I think it should be much more streamlined. Plus, it is not entirely accurate. The entire case is being dismissed now – Mizuno with prejudice and the other defendants without with the Court retaining jurisdiction pursuant to CCP 664.6 to enforce the agreement. My edits attached.

**From:** Nicholas A. Rozansky [mailto:nrozansky@ebg-law.com]
**Sent:** Thursday, March 22, 2012 10:22 AM
**To:** Alex Weingarten; Eric Carlson
**Cc:** Larry Gabriel
**Subject:** 2850.003: Jonathan D. Rose, M.D., Ph.D. v. Michael Enriquez et al / Notice of Settlement

Alex,

Attached is the Notice of Settlement, to be filed today. Please let me know if you have any changes.

*Nicholas A. Rozansky, Esq.*

**Ezra Brutzkus Gubner LLP**
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
nrozansky@ebg-law.com
www.ebg-law.com
818.827.9144 Direct
818-827-9000 Phone
818.827.9099 Fax

Disclaimers

Not intended as a substitute for a writing. Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance or effect, absent an express statement to the contrary hereinabove, this email message, its contents, and any attachments hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, Ezra Brutzkus Gubner LLP, any of its clients, or any other person or entity.

?This e-mail message and any attachments are confidential and may be attorney-client privileged. If you are not the intended recipient, please notify Ezra Brutzkus Gubner LLP immediately by telephone at (818) 827-9000 or by e-mail to ebgtechsupport@ebg-law.com and destroy all copies of this message and any attachments.

IRS Circular 230 Disclosure: In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

*Nicholas A. Rozansky, Esq.*

EB+G

**Ezra Brutzkus Gubner LLP**
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
nrozansky@ebg-law.com
www.ebg-law.com
818-827-9144 Direct
818-827-9000 Phone
818-827-9099 Fax

The preceding e-mail message is subject to Ezra Brutzkus Gubner LLP's e-mail policies which can be found at http://www.ebg-law.com/disclaimer.htm

1  STEVEN T. GUBNER - Bar No. 156593
   LARRY W. GABRIEL - Bar No. 68329
2  NICHOLAS A. ROZANSKY - Bar No. 219855
   EZRA BRUTZKUS GUBNER LLP
3  21650 Oxnard Street, Suite 500
   Woodland Hills, CA 91367
4  Telephone:  (818) 827-9000
   Facsimile: (818) 827-9099
5  Email:     sgubner@ebg-law.com
               lgabriel@ebg-law.com
6              nrozansky@ebg-law.com

7

8  Attorneys for Plaintiff
   JONATHAN D. ROSE, M.D., PH.D., an individual,
9
                   UNITED STATES DISTRICT COURT
10
                  CENTRAL DISTRICT OF CALIFORNIA
11

12
   JONATHAN D. ROSE, M.D., PH.D.,        Case No. CV11-7838-DDP (AJWx)
13  an individual,
                                          **STIPULATION FOR ENTRY OF**
14              Plaintiff,                 **JUDGMENT**

15     v.
                                          Judge:   Honorable Dean D. Pregerson
16  MICHAEL ENRIQUEZ, an individual,

17              Defendant.

18

19

20

21

22

23

24        This Stipulation re: Entry of Judgment ("Stipulation") is entered into by and

25  between Defendant Michael Enriquez (hereinafter referred to as "Defendant"), with

26  approval as to form through his counsel of record, Alex M. Weingarten, Esq. of

27  Weingarten Brown, LLP, and Plaintiff, Jonathan D. Rose, M.D., Ph.D. (hereinafter

28  referred to as "Plaintiff"), with approval as to form through its counsel of record,

                                     1

1   Nicholas A. Rozansky, Esq., of Ezra Brutzkus Gubner, LLP.

2       Plaintiff has heretofore filed its Complaint for Fraud and Conversion, and also
3   for Conspiracy to Commit Fraud, Violations of the Racketeer Influenced Corrupt
4   Organizations Act (RICO) 18 U.S.C. §§ 1961-1968, Aiding and Abetting Fraud,
5   Breach of Fiduciary Duty, and Money Had and Received, against Defendant and
6   others in the above-entitled action.

7       In order to fully and finally settle and resolve this action without further
8   litigation, Plaintiff and Defendant have entered into this Stipulation.

9       NOW, THEREFORE, the parties hereto mutually agree and stipulate as
10  follows:

11      1.      IT IS HEREBY STIPULATED AND AGREED that Defendant shall not
12  contest Entry of Judgment (in the form attached hereto as Exhibit "1") against him in
13  the sum of $3,500,000.00 representing the compromised amounts due and owing from
14  Defendant to Plaintiff.

15      2.      IT IS FURTHER STIPULATED AND AGREED that the Entry of
16  Judgment discussed herein and attached hereto as Exhibit "1" can be entered only
17  following a default under the Confidential Settlement Agreement and Mutual Release,
18  entered into as of March 19. 2012, among Plaintiff, Defendant, Jesus Enriquez, MPD
19  Management, Inc., a Nevada corporation d/b/a LHOP Consulting, and Kim Mizuno
20  ("Settlement Agreement") that is not cured by an expressly permissible cure under the
21  Settlement Agreement ("Default").  For the avoidance of doubt, Plaintiff is not
22  entitled to enter Judgment against Defendant unless there has been a Default of the
23  Settlement Agreement and not under any other circumstances.

24      3.      IT IS FURTHER STIPULATED AND AGREED that upon a Default
25  under the Settlement Agreement Plaintiff may in his sole discretion then apply *ex*
26  *parte* for entry of the Judgment Pursuant to Stipulation (Exhibit "1" hereto) forthwith
27  and *ex parte* for issuance of a Writ of Execution for the full amount specified in the
28  Judgment based upon Plaintiff or Plaintiff's attorney's Declaration that there has been

2

1  a Default. *Ex parte* notice needs be given to Defendant's counsel pursuant to such
2  notice as may then be required.

3      4.      IT IS FURTHER STIPULATED AND AGREED  that this Stipulation
4  may not be modified or amended except by written instrument, signed by Plaintiff and
5  Defendant and their attorneys, expressing such amendment or modification.
6  Defendant warrants, promises and represents that in executing this Stipulation, he is
7  not relying upon any oral or other written representation, promise or statement given
8  by Plaintiff, his employees, officers, agents or attorneys and that he has the lawful
9  authority to enter into said Stipulation.

10      5.      IT IS FURTHER STIPULATED AND AGREED that Defendant, at all
11  times material hereto, has had the opportunity to consult with legal counsel of his own
12  choosing concerning the rights affected by this Stipulation, the form and content of
13  this Stipulation, and the advisability of executing it.

14      6.      IT IS FURTHER STIPULATED AND AGREED that in the event that
15  any provision of this Stipulation or portion thereof is held by a Court of competent
16  jurisdiction to be unenforceable and/or invalid, the validity and enforceability of the
17  enforceable portion of any such provision and of the remaining provisions shall not be
18  adversely affected.

19      7.      IT IS FURTHER STIPULATED AND AGREED that Defendant
20  warrants and represents that the execution of this Stipulation represents a benefit to
21  him and that he is aware that PLAINTIFF is expressly relying upon the warranties,
22  representations, promises and statements made herein or in accordance with the terms
23  hereof.

24      8.      IT IS FURTHER STIPULATED AND AGREED that in the event
25  Defendant fully and timely performs all of the terms and conditions of the Settlement
26  Agreement, and there has been no Default thereunder, Plaintiff's counsel shall deliver
27  to Defendant's counsel following ten (10) days after completion of all payments
28  thereunder, a Stipulation for Dismissal, With Prejudice of the entire within action as to

3

1  Defendant and Jesus Enriquez, duly executed by Plaintiff's counsel to be filed with
2  the Court.

3       9.     IT IS FURTHER STIPULATED AND AGREED that Defendant hereby
4  knowingly, intelligently and voluntarily waives all rights in this matter to a trial, a trial
5  by jury, an appeal, a motion to vacate judgment, a motion for a new trial, a collateral
6  attack on the Judgment or any other rights and remedies that he may have now or at
7  any time hereafter to attack the Judgment entered in this matter, and said Judgment
8  shall, upon its entry, be final for all purposes. Defendant knowingly, intelligently and
9  voluntarily waives all his rights under *Rooney v. Vermont Investment Corp.*, (1973) 10
10 Cal. 3d 351, 110 Cal. Rptr. 353, 515 P2d 297, and any statute, rule or regulation
11 affecting his rights hereunder.

12      10.    IT IS FURTHER STIPULATED AND AGREED that the Plaintiff and
13 Defendant, and each of them, have been advised by counsel as to the facts and law
14 with respect to entering into this Stipulation and knowingly and voluntarily enter into
15 the terms of this Stipulation.  Plaintiff and Defendant, and each of them, further
16 knowingly and voluntarily waive the effect of *Green Tree Financial Group, Inc. v.*
17 *Execute Sports, Inc.* (2008) 163 Cal.App.4th 495 and agree that the facts of this case
18 are different than in the holding of Green Tree and the case is distinguishable.  The
19 Parties agree that there is no unenforceable penalty because the Judgment is for
20 $3,500,000.

21      11.    IT IS FURTHER STIPULATED AND AGREED that this Stipulation
22 has been prepared and its negotiation has been carried on by the joint effort of the
23 parties.  This Stipulation and the language contained herein is to be construed simply
24 and fairly and not strictly for or against any one or more of the parties.  Each of the
25 individuals who are parties acknowledges and represents that he has read this
26 Stipulation and understands all of its terms. Each other party acknowledges and
27 represents that this Stipulation has been read and is understood by a person authorized
28 to approve its terms and conditions on behalf of such party.

4

12.   IT IS FURTHER STIPULATED AND AGREED that this Stipulation shall in all respects be interpreted and enforced and governed by the laws of the United States and State of California applicable to instruments, persons, transactions, entities, and subject matters.

13.   IT IS FURTHER STIPULATED AND AGREED that venue in any cause of action accruing hereunder shall be in the Central District of California of the United States District Court, or, if applicable, the Central Division of the Superior Court, County of Los Angeles, State of California or the Central District of California of the United States Bankruptcy Court. This venue clause is mandatory, not permissive.

14.   IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts. When the parties and counsel for each party have signed and delivered at least one counterpart, each counterpart shall be deemed an original and, when taken together with the other counterparts, shall constitute one agreement which shall be binding and shall inure to the benefit of all parties. Photographic, email, facsimile copies of such signed counterparts may be used in lieu of the originals for any reason.

15.   IT IS FURTHER STIPULATED AND AGREED that Defendant hereby knowingly, intelligently and voluntarily waives the provisions of Code of Civil Procedure § 583.310 et seq., and FRCP 41(b) pertaining to the mandatory time for bringing an action to trial, the time limit for seeking a new trial, the computation of time and the mandatory dismissal of an action for failure to bring an action to trial within the time prescribed in the aforesaid provisions.

DATED: April ___, 2012

_____

MICHAEL ENRIQUEZ, Individually

1  DATED: April___, 2012

2

3  _____

4  JONATHAN D. ROSE, M.D., PH.D.

5

6  APPROVED AS TO FORM ONLY:

7

8  DATED: April___, 2012

9  Weingarten Brown LLP

10 By: _____

11     Alex M. Weingarten
       Attorney for Defendants
12

13 DATED: April___, 2012

14 Ezra Brutzkus Gubner, LLP

15 By: _____

16     Nicholas A. Rozansky
17     Attorney for Plaintiff

18

19

20

21

22

23

24

25

26

27

28

564110