O

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  JONATHAN D. ROSE, M.D.,      ) Case No. CV 11-07838 DDP (AJWx)
    PH.D., an individual,        )
12                               ) ORDER SETTING HEARING ON EX PARTE
                     Plaintiff,  ) APPLICATION [LINK TO 63]
13                               )
         v.                      )
14                               )
    MICHAEL ENRIQUEZ, an         )
15  individual; JESUS ENRIQUEZ,  )
    an individual; MPD           )
16  MANAGEMENT, INC., a Nevada    )
    corporation dba LHOP         )
17  CONSULTING; KIM MIZUNO, an    )
    individual,                  )
18                               )
                     Defendants. )
19                               )
    _____ )
20

21

22      Presently before the Court is Plaintiff's Ex Parte Application

23  for Entry of Stipulated Judgment. Because of the nature of the

24  issues raised in Defendant's opposition to the ex parte

25  application, the Court finds it more appropriate for the matter to

26  be fully briefed and argued.  Parties are ordered to submit cross-

27  briefs on whether the amount of the stipulated judgment is an

28  unenforceable penalty.

1    Briefs shall be submitted on or before October 9, 2012.  Reply

2 briefs shall be submitted on or before October 15, 2012.  The

3 hearing shall take place on October 22, 2012, at 10:00 a.m.

4

5 IT IS SO ORDERED.

6

7

8 Dated: September 25, 2012

                                    DEAN D. PREGERSON
9                                   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2