O

CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN D. ROSE, M.D., PH.D., an individual, | Case No. CV 11-07838 DDP (AJWx) |
| Plaintiff, | **ORDER GRANTING ATTORNEYS' FEES AND COSTS** |
| v. | [Dkt. No. 93] |
| MICHAEL ENRIQUEZ, an individual; JESUS ENRIQUEZ, an individual; MPD MANAGEMENT, INC., a Nevada corporation dba LHOP CONSULTING; KIM MIZUNO, an individual, | |
| Defendants. | |

The court previously issued an Order on December 19, 2012 granting Plaintiff Jonathan D. Rose, M.D., Ph.D. ("Plaintiff")'s *Ex Parte* Application for Entry of Stipulated Judgment. Now before the court is Plaintiff's Motion for Attorneys' Fees. Having considered the parties' submissions and heard oral argument, the court finds it reasonable to reduce Plaintiff's requested fees by one third, based on the amount of work performed and the numbers of partners involved. The court therefore orders that Plaintiff recover from

1  Defendant Michael Enriquez Plaintiff's reasonable attorneys' fees
2  in the amount of $43,239.09 and costs in the amount of $2,377.22
3  for his enforcement of the terms of the Settlement Agreement.
4      IT IS SO ORDERED.

Dated: February 27, 2013

                                  DEAN D. PREGERSON
                                United States District Judge