==CLOSED==

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN D. ROSE, M.D., PH.D., an individual,<br><br>              Plaintiff,<br><br>      v.<br><br>MICHAEL ENRIQUEZ, an individual, JESUS ENRIQUEZ, an individual, MPD MANAGEMENT, INC., a Nevada corporation dba LHOP CONSULTING, KIM MIZUNO, an individual, and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. CV 11-07838-DDP (AJWx)<br><br>JUDGMENT |

The Court, having previously issued an Order on December 19, 2012, granting Plaintiff Jonathan D. Rose, M.D., Ph.D. ("Plaintiff")'s *Ex Parte* Application for Entry of Stipulated Judgment, and an Order granting Plaintiff's Motion for Attorneys' Fees and Costs and evidence in support of same, including the signed Stipulated Judgment already executed between the parties, and finding good cause,

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. Plaintiff recover from Defendant Michael Enriquez the sum of $3,400,000.00, and costs as provided by law; and

2. Plaintiff recover from Defendant Michael Enriquez Plaintiff's reasonable

attorneys' fees in the amount of $43,239.09 and costs in the amount of $2,377.22, for his enforcement of the terms of the Settlement Agreement.

3. The court retains jurisdiction over the matter to the extent necessary to enforce the stipulated judgment.

**IT IS SO ORDERED.**

Dated:  February 28, 2013

_____

The Honorable Dean D. Pregerson
United States District Judge,
Central District of California